# United States Court of Appeals
## FOR THE EIGHTH CIRCUIT

_____

No. 98-3768

_____

Michael B. Brown,

          Appellant,

v.

ADM Milling Company,

          Appellee.

\*         
\*
\*
\*
\*   Appeal from the United States
\*   District Court for the
\*   Eastern District of Missouri.
\*
\*   **[UNPUBLISHED]**
\*

_____

Submitted: January 7, 1999
Filed: January 19, 1999

_____

Before FAGG, BEAM, and LOKEN, Circuit Judges.

_____

PER CURIAM.

Michael B. Brown appeals the district court's[1] dismissal of his employment discrimination action. After careful review of the record and Brown's brief, we conclude further briefing would serve no useful purpose and affirm for the reasons stated by the district court. <u>See</u> 8th Cir. R. 47A(a).

_____

[1]The Honorable E. RICHARD WEBBER, United States District Judge for the Eastern District of Missouri.

A true copy.

Attest:

      CLERK, U.S. COURT OF APPEALS, EIGHTH CIRCUIT.